# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer **RRP** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5410 | **DATE** | 9/2/2011 |
| **CASE TITLE** | BeeBon International Company, Inc vs. Oakley Industries Company, LLC | | |

**DOCKET ENTRY TEXT**

The Plaintiff voluntarily dismisses the above entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I). The court shall retain jurisdiction of the case to enforce the provisions of the settlement. Status hearing set for 10/12/2011 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|